# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**LINDA FAY WILSON**                                                                    **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 1:19-cv-00232-SA-DAS**

**WALMART, INC.**                                                             **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Linda Fay Wilson**,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendant Walmart Inc., and Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 4th day of August, 2020.

                                                                                /s/ Sharion Aycock
                                                                                UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

| | |
|---|---|
|   s/   Thomas M. Louis |   s/   Michael B. Gratz, Jr. |
| Thomas M. Louis (MSB No. 8484) | Michael B. Gratz, Jr. (MSB No. 10672) |
| Dorissa S. Smith (MSB No. 104541) | Gratz & Gratz, P.A. |
| Wells Marble & Hurst, PLLC | 312 North Green Street |
| P. O. Box 131 | Tupelo, MS 38804 |
| Jackson, MS  39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |